| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID A. WOOD, #272406<br>dwood@marshackhays.com<br>SARAH R. HASSELBERGER, #340640<br>shasselberger@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt, Irvine, CA  92620<br>Tel: 949-333-7777/Fax: 949-333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* DAVID M. GOODRICH, in his capacity as the chapter 7 trustee of the bankruptcy estate of Larry Jack Caldwell | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LARRY JACK CALDWELL,<br><br><br>Debtor(s). | CASE NO.: 2:25-bk,-16020-NB<br><br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** March 24, 2026 | **Time:** 11:00 a.m. |
|---|---|

**Location:** United States Bankruptcy Court, Central District of California, Los Angeles Division, Courtroom 1545, 255 E. Temple Street, Los Angeles, CA 90012 -  Please refer to the Court's website for more details.

**Type of Sale**:   ☒ Public    ☐ Private       **Last date to file objections**: March 10, 2026

**Description of property to be sold**: The property sale to be sold is 1. Debtor's accounts receivable owing to Debtor by Paula R. Green and/or Dorothy Green; 2. Debtor's Claims related to interplead funds in Paula R. Green v. Warriner Green & Riley, et al., LA Superior Court Case No.22STCV09969; and 3. Judgment entered against Robert R. Green and in favor of Paula R. Green, LA Superior Court Case No. 20STCV05251.
For full description, please see Motion filed as Dk. No. 83.

**Terms and conditions of sale**:
All terms and conditions are set forth in the Asset and Purchase Agreement, which reflects the material terms agreed to by Trustee and Buyer. The proposed purchase price is $55,825 ("Purchase Price"). The sale is subject to overbids.  The agreement is attached as Exhibit 3, to the Motion.


**Proposed sale price**: $55,825

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*)**: To ensure that the Estate receives the highest and best value for the Claim, the Trustee shall solicit higher and better offers pursuant to the procedures set forth in the Motion ("Overbid Procedures") See Sale Motion for further details.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

March 24, 2026

11:00 a.m.

Courtroom 1545

255 E. Temple Street

Los Angeles, CA 90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

David A. Wood / Sarah R. Hasselberger

Marshack Hays Wood LLP

949-333-7777

David A. Wood - dwood@marshackhays.com

Sarah R. Hasselberger - shasselberger@marshackhays.com

Date: March 3, 2026

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 6004-2.NOTICE.SALE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 3, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **March 3, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
LARRY JACK CALDWELL
903 SEVENTH ST, APT 11
SANTA MONICA, CA 90403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 3, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA OVERNIGHT MAIL:**
HONORABLE NEIL W. BASON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 E. TEMPLE STREET, SUITE 1552 / COURTROOM 1545
LOS ANGELES, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 3, 2026 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

2.  **SERVED BY UNITED STATES MAIL**: CONTINUED

    - **CHAPTER 7 TRUSTEE: David M Goodrich (TR)**    dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law
    - **ATTORNEY FOR DOUGLAS EMMETT MANAGEMENT, LLC, BARRINGTON PACIFIC, LLC, ESIS, INC., INDEMNITY INSURANCE COMPANY OF NORTH AMERICA: Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
    - **ATTORNEY FOR DOUGLAS EMMETT MANAGEMENT, LLC, BARRINGTON PACIFIC, LLC, ESIS, INC., INDEMNITY INSURANCE COMPANY OF NORTH AMERICA: Craig G Margulies** craig@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
    - **ATTORNEY FOR DOUGLAS EMMETT MANAGEMENT, LLC, BARRINGTON PACIFIC, LLC, ESIS, INC., INDEMNITY INSURANCE COMPANY OF NORTH AMERICA: Jonathan Serrano** Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com
    - **CLAIMS PROCESSOR FOR AIS PORTFOLIO SERVICES, LLC, BANKRUPTCY SERVICER FOR CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.: Amitkumar Sharma**    amit.sharma@aisinfo.com
    - **U.S. TRUSTEE: United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
    - **ATTORNEY FOR CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.: Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
    - **ATTORNEY FOR CHAPTER 7 TRUSTEE: David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**