DAVID A. WOOD, #272406
dwood@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
DAVID M. GOODRICH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LARRY JACK CALDWELL,<br><br>Debtor. | Case No. 2:25-bk-16020-NB<br><br>Chapter 7<br><br>SUPPLEMENTAL DECLARATION OF DAVID M. GOODRICH IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SALE OF CERTAIN ASSETS UNDER 11 U.S.C. § 363<br><br>[MOTION FILED AS DOCKET NO. 83]<br><br>Hearing:<br>Date:    March 24, 2026<br>Time:   11:00 a.m.<br>Ctrm:   1545<br>Location: 255 E. Temple Street<br>                 Los Angeles, CA 90012 |

**Declaration of David M. Goodrich**

I, DAVID M. GOODRICH, declare as follows:

1. I am the duly appointed chapter 7 trustee for the bankruptcy estate of Larry Jack Caldwell ("Trustee").

2. I have personal knowledge of the matters set forth herein, and if called upon as a witness, I could and would competently testify thereto.

3. I make this supplemental declaration in support of my Motion for Order Authorizing Sale of Certain Assets Under 11 U.S.C. § 363 ("Motion"), filed on March 3, 2026, as Dk. No. 83.

1

SUPPLEMENTAL DECLARATION OF DAVID M. GOODRICH IN SUPPORT OF MOTION FOR ORDER
AUTHORIZING SALE OF CERTAIN ASSETS

4. All terms not defined herein are used as they are defined in the Motion.

5. A true and correct copy of the fully executed Asset Purchase Agreement ("Asset Purchase Agreement") between me and Matthew Green ("Green" or "Buyer") is attached to the Motion as **Exhibit "3."**

6. I anticipate that at least approximately $10,000 to $12,500 will be available for unsecured creditors from the initial sale after payment of the Debtor's exemption.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2026.

DAVID M. GOODRICH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **SUPPLEMENTAL DECLARATION OF DAVID M. GOODRICH IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SALE OF CERTAIN ASSETS UNDER 11 U.S.C. § 363** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **March 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
LARRY JACK CALDWELL
903 SEVENTH ST, APT 11
SANTA MONICA, CA 90403

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 9, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA OVERNIGHT MAIL:**
HONORABLE NEIL W. BASON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 E. TEMPLE STREET, SUITE 1552 / COURTROOM 1545
LOS ANGELES, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2026 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

2. **SERVED BY UNITED STATES MAIL**: CONTINUED

- **CHAPTER 7 TRUSTEE: David M Goodrich (TR)**    dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law
- **ATTORNEY FOR DOUGLAS EMMETT MANAGEMENT, LLC, BARRINGTON PACIFIC, LLC, ESIS, INC., INDEMNITY INSURANCE COMPANY OF NORTH AMERICA: Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- **ATTORNEY FOR DOUGLAS EMMETT MANAGEMENT, LLC, BARRINGTON PACIFIC, LLC, ESIS, INC., INDEMNITY INSURANCE COMPANY OF NORTH AMERICA: Craig G Margulies**  craig@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
- **ATTORNEY FOR DOUGLAS EMMETT MANAGEMENT, LLC, BARRINGTON PACIFIC, LLC, ESIS, INC., INDEMNITY INSURANCE COMPANY OF NORTH AMERICA: Jonathan Serrano**    Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com
- **CLAIMS PROCESSOR FOR AIS PORTFOLIO SERVICES, LLC, BANKRUPTCY SERVICER FOR CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.: Amitkumar Sharma**    amit.sharma@aisinfo.com
- **U.S. TRUSTEE: United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.: Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE: David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**